THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEMETRIO LIFRIE-RI, Appellant, v WILLIAM A. LEE, Respondent.

Submitted October 27, 2014; decided November 24, 2014

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 952 (2014)].

In the Matter of FRANK RUSSELL, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted October 20, 2014; decided November 24, 2014

Motion for reargument of motion for leave to appeal denied [*see* 23 NY3d 909 (2014)].